UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

9:00 a.m.

DEAN ANDERSEN,

        Plaintiff,

v.

AMERICAN RECOVERY SERVICE, INC. and
THOMAS BAXTER,

        Defendants.

Case No. 07-C-313

**MINUTE SHEET**

**Hon. William C. Griesbach, presiding.**     **Deputy Clerk:** Mary Conard

**Type of proceeding:** Rule 16 Telephone Scheduling Conference

**Date:** May 10, 2007     **Court Reporter:**

**Time Commenced:** 9:00 a.m.     **Time Concluded:** 9:14 a.m.

**Appearances:**    **Plaintiff:**    Dean Andersen (pro se)

                 **Defendant:**    Tina M. Dahle

☐    **DATES ENTERED ON COURT CALENDAR BY:** MC   **ON** 5-10-07

Initial Disclosures: 5-24-07

Amended pleadings deadline: 6-1-07

The plaintiff shall disclose expert witnesses by: 6-15-07

The defendant shall disclose expert witnesses by: 7-15-07

All discovery is to be completed by: limitations adopted

All dispositive pretrial motions (in accordance with Local Rule 6) by: 8-15-07

Final Pretrial will be conducted on: 9-14-07 10 am

A jury trial/trial to the court will be conducted on: 10-2, 10-3 8:30 am

Length of trial (estimate): 2 days

Disposition:     TC    SC    HRG

Additional Comments: Court grants the motion to consolidate with filings to be done under 07-313. Court will add order.