# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DEAN ANDERSEN,

|                                     |                             |
|-------------------------------------|-----------------------------|
| Plaintiff,                          | Case No. 07-C-313           |
| v.                                  |                             |
|                                     | **HEARING MINUTE SHEET**    |
| AMERICAN RECOVERY SERVICE, INC, and |                             |
| THOMAS BAXTER                       |                             |
|                                     |                             |
| Defendants.                         |                             |

**Hon William C. Griesbach, presiding.**  **Deputy Clerk:** Mary E. Conard

**Type of proceeding:** Hearing on Motion to Compel/Sanctions

**Date:**  July 12, 2007  **Court Reporter: 071207**

**Time Commenced:  1:39 p.m.**  **Time Concluded: 1:43 p.m.**

**Appearances:**  **Plaintiff:**  pro se - no appearance

  **Defendant:**  Tina M. Dahle

  Michael Maas

**Comments:**

Court calls case.  Defendants give appearance.  Pro se plaintiff, Mr. Anderson, does not appear.

Atty. Dahle states the status of case is essentially the same.  There are some deadlines coming up, and they are concerned that they have not been able to complete discovery.

Court states based on plaintiff's failure to appear, failure to comply with initial disclosures and failure to respond to discovery and based on the fact that plaintiff has taken no action in regard to allowing the defendants, who have incurred attys fees, in trying to respond to his action, the court is satisfied that it is appropriate at this time to dismiss this case for failure to prosecute and as a sanction against the plaintiff.

If the plaintiff has justification for his failure to appear and failure to comply with the scheduling order the court will listen if there is good cause to reopen.

The court dismisses this case for failure to prosecute and  directs the clerk to enter a judgment in favor of the defendants dismissing the matter on its merits and with costs.